**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DIVYA GAUTAM, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALERES, INC. d/b/a NATURALIZER,<br><br>Defendant. | Case No. 2:26-cv-02517-JHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Divya Gautam, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Caleres, Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended from July 23, 2026 to September 7, 2026.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose, such that any opposition is due on October 7, 2026, and Defendant shall have 21 days to file a Reply, such that any reply is due on October 28, 2026.

Good cause exists for this requested extension. The action was originally filed in King County Superior Court and removed to this Court on July 16, 2026. Defendant requires additional time to evaluate the claims asserted in the Complaint, assess available defenses, and determine the appropriate response.

This case is in its very early stages, and this is the Parties' first request for an extension.

Granting the extension will allow Defendant adequate time to evaluate the allegations and legal issues presented in the Complaint.

Dated: July 17, 2026

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff*

*Application for admission *pro hac vice* forthcoming

Respectfully submitted,

/s/ Meegan B. Brooks
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of July, 2026.

John H. Chun
United States District Judge