**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DIVYA GAUTAM, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALERES, INC. d/b/a NATURALIZER,<br><br>Defendant. | Case No. 2:26-cv-02517-JHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Divya Gautam, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Caleres, Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the First Amended Complaint in the above-captioned action is extended from October 13, 2026 to October 26, 2026. *See* Dkt. # 19.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose, such that any opposition is due on November 25, 2026, and Defendant shall have 21 days to file a reply, such that any reply is due on December 16, 2026.

Good cause exists for this requested extension. The action was originally filed in King County Superior Court and removed to this Court on July 16, 2026. On September 8, 2026, Defendant filed a Motion to Dismiss Or, In the Alternative, to Stay This Action. Dkt. 17. On September 29, 2026, Plaintiff filed a First Amended Class Action Complaint. Dkt. 18. Defendant

requires additional time to evaluate the allegations and claims asserted in the First Amended Complaint, assess available defenses, and determine the appropriate response.

This case is in its very early stages, and this is the Parties' first request for an extension related to the First Amended Complaint. Granting the extension will allow Defendant adequate time to evaluate the allegations and legal issues presented in the First Amended Complaint.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*pro hac vice*)
Brittany Resch (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
1 Front Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-318-2770
brooksm@ballardspahr.com

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge